JEROME ROTHMAN et al., Respondents, v. JOSEPH STANTON, Defendant, and HERALD WOODWARD PRESS, INC., et al., Appellants.—

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.